JS-6

FILED
CLERK, U.S. DISTRICT COURT

5/18/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY KIRK,<br><br>Plaintiff,<br><br>v.<br><br>TOYOTA MOTOR CREDIT CORPORATION, GENESIS FINANCIAL SOLUTIONS, INC. dba TBOM – RETAIL, and EQUIFAX INFORMATION SERVICES LLC,<br><br>Defendants. | Case No.: 5:19-cv-02402-JAK-KK<br><br>ORDER OF DISMISSAL AS TO DEFENDANT TOYOTA MOTOR CREDIT CORPORATION, WITH PREJUDICE (DKT. 31) |

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff KIMBERLY KIRK ("Plaintiff") against Defendant TOYOTA MOTOR CREDIT CORPORATION ("TMCC") are dismissed, with prejudice. Plaintiff and TMCC shall each bear their own costs and attorneys' fees.

FURTHERMORE, because TMCC is the last active defendant, all previously set deadlines and hearings are VACATED, and this case is DISMISSED.

IT IS SO ORDERED.

Dated: May 18, 2020     _____
                         John A. Kronstadt
                         United States District Judge